IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judith Tagata, et al., | No. CV-14-02238-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Schwarz Pharma Incorporated, et al., | |
| Defendants. | |

On 8/4/14, the Court issued a detailed Order requiring the parties to provide paper copies of any authority or evidence relied upon by the parties in relation to filings before the Court. *See* Doc. 13. While Defendant timely complied with this Order, Plaintiff failed to comply with this Order despite the fact that the Order explicitly warned that non-compliance could result in dismissal with prejudice. *See id.* at pp. 3-4 ("Within seven days after a document is filed, the parties shall provide the Court with paper copies in strict compliance with this Order and file a notice that they have strictly complied with the requirements in this Order; failure to timely file this required notice will be viewed as a party's admission that they have failed to comply with this Court's Order . . . If a party fails to submit the required authority binder and other paper copies required by this Order, the Court may summarily deny or grant a motion as applicable to the party that failed to comply with this Order, and the Court may dismiss the case with prejudice or enter a default judgment as to the non-complying party"). The Court has not received the required copies from Plaintiff, and the docket reflects that Plaintiff did not file a notice

reflecting that she attempted to comply with the Court's Order. *See Catz v. Chalker*, 512 Fed.Appx. 693, 694 (9th Cir. 2013) (affirming dismissal with prejudice for failure to comply with the district court's order requiring plaintiff to submit an authority binder containing any authority relied upon to support his briefs) (unpublished disposition); *Catz v. Chalker*, CV 03-91-TUC-FRZ (Doc. 362 at pp. 1-2).

Plaintiff shall comply with the Court's Order by 10/31/14; as Plaintiff has already been warned, if Plaintiff fails to timely comply with the Court's Order, Defendant's motion may be summarily be granted and dismissed with prejudice without further notice to Plaintiff.

Dated this 28th day of October, 2014.

Honorable James A. Soto
United States District Judge